# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 5:19cm5 ELW
)
Oath Holdings, Inc. account )
"stonefallice@yahoo.com" )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
SEE ATTACHMENT "A," This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A) and Federal Rule of Criminal Procedure 41

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:
SEE ATTACHMENT "B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A | Possession/Distribution of Child Pornography |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: ___) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Gerald Faulkner, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/17/19

*Judge's signature*

City and state: Fayetteville, Arkansas

Magistrate ERIN WIEDEMANN
*Printed name and title*

## ATTACHMENT A
### Property to Be Searched

This warrant applies to information associated with the Oath Holdings, Inc. (Yahoo Email) account:

**stonefallice@yahoo.com**

that is stored at premises owned, maintained, controlled, or operated by Oath Holdings, Inc. headquartered at 701 First Avenue in Sunnyvale, California 94089.

## ATTACHMENT B

I. **Information to be disclosed by Oath Holdings, Inc. (the "Provider")**

Any e-mails, records, files, logs, or information that has been deleted from Provider account, stonefallice@yahoo.com, but is still available to the Provider. The Provider must disclose to the government the following content or information contained in Oath Holdings, Inc. (Yahoo Email) account stonefallice@yahoo.com:

a. All e-mails, including stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent or received, and the size and length of each e-mail;

b. All documents containing information that: identifies the account, or account holder, to include full name, physical address, telephone numbers, and other identifiers; reveals session times and duration; establishes the date on which the account was created, and the IP address used to register the account; establishes log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c. The types of service utilized;

d. All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

e. All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken.

f. Any and all images of children engaged in sexually explicit conduct, including those posed in lascivious manners.

g. Any and all images of pornography, more specifically including any images of individuals engaged in sexual activity.

## II. Information to be seized by the government

The government is authorized to seize only information described in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of Title 18, United States Code, Sections; 2252(a)(2) [Receipt and Distribution of Child Pornography]; 2252(a)(4)(B) and (a)(5)(B) [Possession of Child Pornography]; including information pertaining to email communications between panterareaper@gmail.com, as well any secondary accounts and other e-mail users, known or unknown, where child pornography is traded and/or discussed.

## III. Means of Production

Oath Holdings, Inc. shall disclose responsive data, if any, by sending to Homeland Security Investigations, C/O: Special Agent Gerald Faulkner at 3419 North Plainview Avenue, Fayetteville, Arkansas 72703 via U.S. Postal Service or another courier service, notwithstanding Title 18 U.S.C. 2252A or similar statute or code.

ATTACHMENT C

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| **STATE OF ARKANSAS** | : | |
| | : | |
| | : | ss. **A F F I D A V I T** |
| | : | |
| **COUNTY OF WASHINGTON** | : | |

### Affidavit in Support of Application for Search Warrant

I, Gerald Faulkner, being duly sworn, depose and state as follows:

I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"), currently assigned to the Assistant Special Agent in Charge Office in Fayetteville, Arkansas. I have been so employed with HSI since April, 2009. As part of my daily duties as an HSI agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, online enticement, transportation, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2251A, 2422(b), 2252(a) and 2252A. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also participated in the execution of numerous search warrants and arrest warrants, a number of which involved child exploitation and/or child pornography offenses. This affidavit is being submitted based on information from my own investigative efforts as well as information obtained from others who have investigated this matter and/or have personal knowledge of the facts herein.

2. This affidavit is made in support of applications for a search warrant for information associated with a certain account that is stored at a premises owned, maintained, controlled, or operated by Oath Holdings, Inc. (formerly known as Yahoo, Inc.), an electronic mail/Internet service provider headquartered at 701 First Avenue in Sunnyvale, California 94089. This affidavit is made in support of an application for a search warrant under Title 18, United States Code (U.S.C.) §§ 2252A, relating to Distribution of Child Pornography; to require Oath Holdings, Inc. to disclose to the government records and other information in its possession pertaining to the subscriber or customer associated with the electronic mail account (email): **stonefallice@yahoo.com.**

### Statutory Authority

3. This investigation concerns alleged violations of Title 18, United States Code, Sections 2252 and 2252A, relating to material involving the sexual exploitation of minors, which has been defined in Title 18 U.S.C. 2256, as an individual under 18 years of age.

   a. Under 18 U.S.C. Section 2252(a)(1) (transportation), 2252(a)(2) (receipt and distribution), and 2252(a)(4)(B) and 2252A(a)(5)(B) (possession), it is a federal crime for any person to transport, distribute, receive, and possess child pornography, as that term is defined by federal law. Further under 18 U.S.C. Section 2253(a)(3), a person who is convicted of an offense under 18 U.S.C. Section 2252 or 2252A, shall forfeit to the United States such person's interest in any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

### Computers and Child Pornography

4. "Based upon my knowledge, training, and experience in child exploitation and child pornography investigations, and the experience and training of other law enforcement officers with

whom I have had discussions, I know that computers and computer technology have revolutionized the way in which child pornography is produced, distributed and utilized. Prior to the advent of computers and the Internet, child pornography was produced using cameras and film, resulting in either still photographs or movies. The photographs required darkroom facilities and a significant amount of skill in order to develop ad reproduce the images. As a result, there were definable costs involved with the production of pornographic images. To distribute these images on any scale also required significant resources. The photographs themselves were somewhat bulky and required secure storage to prevent exposure to the public. The distribution of these wares was accomplished through a combination of personal contacts, mailings, and telephone calls, and compensation for these wares would follow the same paths. More recently, through the use of computers and the Internet, distributors of child pornography use membership-base/subscription-based websites to conduct business, allowing them to remain relatively anonymous.

5. In addition, based upon my own knowledge, training, and experience in child exploitation and child pornography investigations, and the experience and training of other law enforcement officers with whom I have had discussions, I know that the development of computers has also revolutionized the way in which those who seek out child pornography are able to obtain this material. Computers serve four basic functions in connection with child pornography: production, communication, distribution, and storage. More specifically, the development of computers has changed the methods used by those who seek to obtain access to child pornography in these ways:

6. Producers of child pornography can now produce both still and moving images directly from a common video or digital camera. The camera is attached, using a device such as a cable, or digital images are often uploaded from the camera's memory card, directly to the

computer. Images can then be stored, manipulated, transferred, or printed directly from the computer. Images can be edited in ways similar to how a photograph may be altered. Images can be lightened, darkened, cropped, or otherwise manipulated. The producers of child pornography can also use a device known as a scanner to transfer photographs into a computer-readable format. As a result of this technology, it is relatively inexpensive and technically easy to produce, store, and distribute child pornography. In addition, there is an added benefit to the pornographer in that this method of production does not leave as large a trail for law enforcement to follow.

7. The Internet allows any computer to connect to another computer. By connecting to a host computer, electronic contact can be made to literally millions of computers around the world. A host computer is one that is attached to a network and serves many users. Host computers are sometimes operated by commercial Internet Service Providers (ISPs), such as America Online ("AOL") and Microsoft, which allow subscribers to dial a local number and connect to a network which is, in turn, connected to the host systems. Host computers, including ISPs, allow e-mail service between subscribers and sometimes between their own subscribers and those of other networks. In addition, these service providers act as a gateway for their subscribers to the Internet or the World Wide Web.

8. The Internet allows users, while still maintaining anonymity, to easily locate (i) other individuals with similar interests in child pornography; and (ii0 websites that offer images of child pornography. Those who seek to obtain images or videos of child pornography can use standard Internet connections, such as those provided by business, universities, and government agencies, to communicate with each other and to distribute child pornography. These communication links allow contacts around the world as easily as calling next door. Additionally, these communications can be quick, relatively secure, and as anonymous ad desired. All of these

advantages, which promote anonymity for both the distributor and recipient, are well known and are the foundation of transactions involving those who wish to gain access to child pornography over the Internet. Sometimes the only way to identify both parties and verify the transportation of child pornography over the Internet is to examine the recipient's computer, including the Internet history and cache to look for "footprints" of the websites and images accessed by the recipient.

9. The computer's capability to store images in digital form makes it an ideal repository for child pornography. A single floppy disk can store dozens of images and hundreds of pages of text. The size of the electronic storage media (commonly referred to as a "hard drive") used in home computers has grown tremendously with the last several years. Hard drives with the capacity of 160 gigabytes are not uncommon. These drives can store thousands of images at very high resolution. Magnetic storage located in host computers adds another dimension to the equation. It is possible to use a video camera to capture an image, process that image in a computer with a video capture board, and save that image to storage in another country. Once this is done, there is no readily apparent evidence at the "scene of the crime." Only with careful laboratory examination of electronic storage devices is it possible to recreate the evidence trail.

10. It should be noted that Internet Protocol (IP) numbers are unique identifiers leased to internet customers by their ISP's. Although IP numbers are capable of changing over time, only one (1) unique IP number can be assigned to a given customer's computer at any given time. Logs of these leased IP's (and their assigned customer accounts) are stored by ISP's routinely.

11. Your Affiant knows from his own experience and the training and experience of other law enforcement officers that Internet computers identify each other by an Internet Protocol or IP address. These IP addresses can assist law enforcement in finding a particular computer on the Internet. These IP addresses can typically lead the law enforcement officer to a particular

Internet service company and that company can typically identify the account that uses the address to access the Internet.

### Background Regarding Yahoo Email Accounts

12. Based on my knowledge and experience and information obtained from other law enforcement personnel with training and experience in this area, the following is known about Yahoo email accounts:

   a. Yahoo provides a variety of on-line services, including electronic mail ("e-mail") access, to the general public. Yahoo allows subscribers to obtain e-mail accounts at the domain name "yahoo.com".

   b. Subscribers obtain an account by registering with Yahoo. During the registration process, Yahoo asks subscribers to provide basic personal information to create a personal account.

   c. Emails that are sent to Yahoo subscribers are stored in the subscriber's "in-box" on Yahoo servers until the subscriber deletes the e-mail. If the subscriber does not delete the message, the message can remain on Yahoo servers indefinitely.

   d. When a subscriber sends an e-mail, it is initiated at the user's computer, transferred via the Internet to Yahoo's servers, and then transmitted to its end destination. Yahoo often saves a copy of the e-mail sent. Unless the sender of the e-mail specifically deletes the e-mail from the Yahoo server, the e-mail can remain on the system indefinitely.

   e. A Yahoo subscriber can also store files, including e-mails, address books, contact or buddy lists, calendar data, pictures, and other files on servers maintained and/or owned by Yahoo.

f.  Yahoo asks each of their subscribers to provide certain personal identifying information when registering for an e-mail account. This information could include the subscriber's full name, physical address, telephone numbers and other identifiers, such as alternative e-mail addresses, and, for paying subscribers, means and source of payment (including any credit or bank account number).

## Summary of the Investigation to Date

13. In November 2018, your Affiant received Cyber Tip Line Report Number 41797594 from the National Center for Missing and Exploited Children (NCMEC) in reference to media files containing what was believed to be child pornography being uploaded onto Google, Inc. email or storage services.

14. The information on the suspected media containing child pornography was submitted to the Cyber Tip Line by Google, Inc. on October 17, 2018. The incident information was categorized as being "Child Pornography (possession, manufacture, and distribution)" which was not viewed by NCMEC officials but was viewed by Google, Inc. representatives with the accompanied disclosure:

"With respect to the portion of this Cyber Tip containing the heading, "Was File Reviewed by Company?", when Google, Inc. responds "No", it means that while the contents of the file were not reviewed concurrently to making the report, historically a person had reviewed a file whose hash (or digital fingerprint) matched the hash of the reported image and determined it contained apparent child pornography." A total of approximately twenty-two (22) uploaded images of suspected child pornography were linked to the report.

15. Google, Inc. provided the Cyber Tip Line with the following information of the user being reported:

**Incident Type**: Child Pornography (possession, manufacture, and distribution)
**Incident Time**: October 16, 2018 at 08:19:41 UTC
**Name**: brion the to. carey
**Mobile Phone**: 479-263-5075
**Email Address**: panterareaper@gmail.com (Verified)
**IP Address**: 174.255.128.23

16.     Your Affiant viewed all of the files linked to the Cyber Tip Line Report and determined all of them to in fact be images of child pornography. On December 6, 2018 your Affiant again viewed and described three (3) of these files as follows:

(a)     **File Name: Google-CT-RPT-07b2c8da5e9a8fdd572c68a21d94511b**

This image depicts an approximate four (4) to six (6) year old prepubescent minor female child completely naked laying on her back with her legs spread wide, exposing her vagina and anus to the camera.

(b)     **File Name: Google-CT-RPT-b314b393525e23bae455fd2fa2a587a3**

This image depicts an approximate four (4) to six (6) year old prepubescent minor female naked from the chest down laying on her back with her legs spread wide, exposing her vagina and anus to the camera. This is an adult male's hand spreading the minor female's buttocks with what is believed to be semen on top of her vagina.

(c)     **File Name: Google-CT-RPT-25d82d70d09c139a7a6739875efed63a**

This image depicts an approximate four (4) to six (6) year old prepubescent minor female completely naked laying on her back with her legs spread wide, exposing her vagina to the camera.

17.     Accompanied with Cyber Tip Line Report Number 41797594 was a NCMEC Initial Hash Value Comparison Report Number 76541-2018-HC which ran and compared the hash values of the twenty-two (22) suspected images of child pornography uploaded from the reported user through NCMEC's library database. The Initial Hash Value Comparison Report revealed eleven (11) of the user's uploaded files came back as images of previously identified/rescued children. Nine (9) of the user's uploaded files came back as being recognized as previously confirmed images of child pornography.

18. Your Affiant conducted Department of Homeland Security (DHS) database queries on the account information associated to the Cyber Tip Line Report Number 41797594 which indicated, on or about November 6, 2018, BRION ADAM CAREY was arrested in Washington County, Arkansas for criminal trespassing. The telephone number CAREY provided during his intake booking process was listed as being 479-263-5075 which is one in the same telephone number reported by Google, Inc. on the user account information outlined in the Cyber Tip Line Report. Further review of CAREY's intake booking data revealed he is believed to have a tattoo of "Pantera" on his right hand. The "Pantera" tattoo on CAREY's right hand is of investigative interest due to the Google, Inc. account user who uploaded the twenty-two (22) images of child pornography utilized an email address of panterareaper@gmail.com. The booking data also listed CAREY as having been issued an Arkansas Driver's License bearing the last four digits 8148 and a Social Security Administration Number (SSN) ending in the last four digits 6427. CAREY also showed to have been assigned the Federal Bureau of Investigations (FBI) Number ending in the last four digits 9JC0. At the time of his arrest, CAREY listed a home address of 1555 Martin Luther King Jr. Boulevard in Fayetteville, Arkansas which is an old address for the 7hills Homeless Center in Fayetteville, Arkansas. Additional booking records obtained by your Affiant regarding CAREY's November 6, 2018 arrest revealed he was in possession of a ZTE wireless telephone when encountered by law enforcement.

19. DHS database queries conducted by your Affiant on the FBI Number ending in the last four digits 9JC0 associated to CAREY revealed numerous arrests in Michigan, Pennsylvania and Arkansas for narcotics possession, trespassing and Indecent Assault of a Minor. Your Affiant contacted and received a police report from the Pennsylvania State Police which showed in February 2010, CAREY was alleged to have fondled the eight (8) year old

minor daughter of his then girlfriend. At the time of the disclosure by the minor victim, CAREY and his then girlfriend had stopped seeing one another and he had moved out of the area. Prosecution was not pursued by the Tioga County, Pennsylvania District Attorney's Office.

20. Your Affiant then conducted open source database queries on CAREY which resulted in locating a Facebook, Inc. social media user profile account of "Brion Adam Carey (Second Coming of Christ)". The Facebook, Inc user profile photograph was one in the same person documented in the Washington County, Arkansas intake booking data for CAREY. Further review of the account revealed CAREY is believed to be a habitual alcohol and narcotics abuser and possibly a panhandler or mendicant in the Northwest Arkansas area. CAREY appears to have been posting and uploading images/videos to his Facebook, Inc. profile account since approximately 2015 to November 2018 which shows he has ownership of some type of wireless mobile device with access to the internet. In a post, dated March 24, 2015, CAREY uploads a picture of himself sitting at a library with the comments of:

*"Sipping brandy and watching porn at the library lol jk I'm drinking vodka"*
*"The porn sucks because of the content block so I'm limited to soft core"*
*"Haha your right and here's the real bitch of it all...even if I manage to get an erection, I'M IN A FUCKING LIBRARY!"*

21. On December 7, 2018, your Affiant conducted mobile surveillance of specific intersections located in the Northwest Arkansas area captured in the background of CAREY's Facebook, Inc. uploaded user profile photographs in attempts to locate the individual. At approximately 1700 hours, your Affiant positively identified CAREY panhandling on the corner of Martin Luther King Jr. Boulevard and Futrall Drive in Fayetteville, Arkansas. CAREY was with the same two dogs depicted in numerous photographs uploaded to his Facebook, Inc. user profile. Upon CAREY and his dogs departing the intersection, your Affiant continued mobile

surveillance and observed CAREY and the dogs enter a wooded area off South Futrall Drive where a tent was set up. Surveillance was then terminated. It is believed CAREY is homeless and does not have a permanent residence and utilizing open or unsecured wireless internet networks associated to businesses located on Martin Luther King Jr. Boulevard to access the internet with a cellular device.

22. In December 2018, your Affiant sought and obtained a federal search warrant for the account information, emails and data files for email account panterareaper@gmail.com linked to Cyber Tip Line Report Number 41797594. On or about January 3, 2019, your Affiant received and reviewed the requested information from Google, Inc. The company supplied the following subscriber information for the email account:

Name: brion the to. carey
Email: panterareaper@gmail.com
Created On: 01/05/15
End of Service Date: 10/16/18
Status: Disabled
SMS: +14792635075

23. Google, Inc. also provided approximately 1,871 images and videos and approximately 215 emails associated to the panterareaper@gmail.com user account.

24. Your Affiant reviewed all of the images and videos uploaded and/or saved to the Google, Inc. services and identified the majority of the images to be "selfies" or first-person generated photographs of CAREY. The other reviewed images and videos are believed to be taken by CAREY of his two dogs and of other panhandlers either naked, engaged in sexual activities, consuming alcohol or smoking illegal narcotics at parks and temporary homeless encampments located in the Fayetteville, Arkansas area. Based on the file properties linked to the images, your Affiant was able to determine CAREY appeared to have begun uploading photographs to his Google Photos drive from a Motorola Droid Ultra XT1080 cellular telephone

as early as April 2015. The last or most recent uploads located were documented as being additional "selfies" of CAREY along with his two dogs taken on October 14 and 15, 2018 from a Z558VL cellular telephone.

INVESTIGATOR NOTE: Open source database queries revealed the model Z558VL cellular telephone is better described as being a ZTE ZFIVE C LTE Z558VL cellular telephone which is the last known device signed/logged into CAREY's panterareaper@gmail.com account. This type of cellular telephone is also one in the same type of device model booked into CAREY's personal property by the Washington County, Arkansas Detention Center from his November 6, 2018 encounter and arrest by the Fayetteville, Arkansas Police Department for Trespassing.

25. Your Affiant also reviewed all of the 215 emails provide by Google, Inc. derived from the panterareaper@gmail.com account. The following emails were reviewed and deemed pertinent to the ongoing child exploitation investigation in showing the believed sole creation, ownership and utilization of the account by CAREY.

26. The receipt of approximately nine (9) emails from Arkansas Government Pay Services, Eureka Springs Bonds Fines Payment and ACC Resident Banking with attached payment receipts similar to the one below:

Payment Summary

| | |
|---|---|
| Amount Paid: | $15.00 |
| Arkansas.gov Total: | $17.30 |
| Payment Status: | Complete |
| Order Date/Time: | 02/13/2018 12:41 PM |
| Confirmation Number (Order Id): | 20180213124129618 |
| Name on card: | **BRION A CAREY** |
| Email Address: | panterareaper@gmail.com |
| Phone Number: | 4792635075 |
| Billing Address: | 1555 W MARTIN LUTHER KING BLVD FAYETTVILLE, AR 72701, UNITED STATES |

27. The receipt of approximately twelve (12) emails from Washington County, Arkansas Detention Center with attached visitation confirmation requests for different detainees similar to the one below:

| Date of Reservation: | 03/23/2018 | Date of Visitation: | 03/26/2018 |
|---|---|---|---|
| Time of Reservation: | 08:52 PM | Time of Visitation: | 02:00 PM |
| Visiting Detainee: | | | ELIZABETH STEADMAN |
| | | | |
| Last Name: | Carey | E-Mail: | panterareaper@gmail.com |
| First Name: | Brion | | |
| Middle Name: | Adam | Date of Birth: | 03/16/1985 |
| Address: | 1555 w. Mlk.blvd. | | |
| | | Driver's License Number: | 933908148 |
| City: | Fayetteville | Cell/Home Phone: | (479)263-5075 |
| State: | AR Zip: 72701 | Work Phone: | |

28. An additional email located and reviewed was sent to CAREY from GoFundMe outlined below:

DATE: 08/26/18
FROM: messages@gofundme.com
TO: panterareaper@gmail.com
SUBJECT: Brion, your campaign is ready!
BODY:
Great work, Brion! Your fundraiser is live. You're ready to start getting the word out.
Here's your campaign link: gofundme.com/we-need-a-lil039-help-winter-is-near

29. Your Affiant then visited the above referenced internet link which was directed to a GoFundMe website page depicting an image of CAREY along with his two dogs and the following title and caption:

"Brion Adam Carey
Fayetteville, AR
We need a lil' help! Winter is near

I've chose to live an alternative lifestyle in the Fayetteville. I dont utilize the resources set aside for the homeless. However I do need to he help when it comes to surviving the winter. I love my dogs and they love being dogs. But I dont like to watch them shiver! This will be my 5th year out here. But only the 2nd with my beasts! I need provisions. I am thankful for anything and everything! Especially prayer!"

30. Another email located and reviewed by your Affiant from CAREY's email account was sent on 09/21/18 from panterareaper@gmail.com to an unknown recipient with an attached "selfie" image of CAREY and his two dogs on what appeared to be the side of a street.

31. The final email located and reviewed by your Affiant through the panterareaper@gmail.com account was sent on 10/16/18 from CAREY to **stonefallice@yahoo.com** with a subject line of, "Shh". Contained within the email were approximately 72 attachments. The attachments revealed to contain approximately eighty-three (83) image files of child pornography involving minor females naked with their vaginas and anuses exposed to the camera or engaged in sexual activities with adult males. The child pornography images contained victims ranging from approximately three (3) years of age to approximately fifteen (15) years of age. Some of the child pornography images reviewed by your Affiant were duplicate photographs recorded in Cyber Tip Line Report Number 41797594.

32. On January 14, 2019, based on the aforementioned information, your Affiant applied for and received a federal arrest warrant on CAREY for violations of Title 18, United States Code, Section 2252(a)(2) – Distribution of Child Pornography.

33. On January 15, 2019, your Affiant along with Special Agents and Task Force officers assigned to the HSI Internet Crimes Against Children (ICAC) Task Force located and arrested CAREY on his outstanding warrant. At the time of his encounter, CAREY was found to be in possession of a LG Tracfone Wireless, model number LML414DL and bearing the serial number 809VTLZ126280. During a post-Miranda interview, CAREY admitted to having

acquired the cellular telephone a few days prior to arrest. He further admitted to creating and utilizing and the email accounts of panterareaper@gmail.com and **stonefallice@yahoo.com** but denied having uploaded any images of child pornography through his accounts.

### Conclusion

34.    Based on the foregoing information, probable cause exists to believe there is located on the computer servers of Oath Holdings, Inc. (formerly known as Yahoo, Inc.) located at 701 First Avenue in Sunnyvale, California 94089 evidence of violations of Title 18, United States Code, Section 2252. Your Affiant prays upon this honorable court to issue a search warrant to Oath Holdings, Inc. for the items set forth in attachment "B" (which is attached hereto and incorporated herein by reference), that constitute evidence, fruits, and instrumentalities of violation of Title 18, United States Code, Sections 2252.

_____
Gerald Faulkner, Special Agent
Homeland Security Investigations

Affidavit subscribed and sworn to before me this _____ 17th day of _January_ 2019

_____
Erin L. Wiedemann
United States Magistrate Judge